220 U.S. 609, 31 S.Ct. 714 ·

**JOHN J. SESNON COMPANY, Petitioner, v. UNITED STATES OF AMERICA.**

No. 884.

Supreme Court of the United States.

Feb. 27, 1911.

Messrs. William H. Gorham and George H. Lamar, for petitioner.

The Attorney General and the Solicitor General for respondent.

Denied.